IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JANET K. STEMSON, Individually, and as Personal Representative of the Estate of Robert S. Stemson, Deceased, and on behalf of the children and heirs of Robert S. Stemson, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ULTIMATE LOGISTICS, INC., RYDER TRUCK RENTAL, MOHAMED ABDI ALI, and JOHN DOES 1-10,<br><br>Defendants. | CV 22-159-M-DLC-KLD<br><br>ORDER |

Pursuant to Plaintiffs' motion and Fed. R. Civ. P. 4(m), and good cause appearing, Defendant Mohamed Ali is dismissed from this matter without prejudice.

DATED this 27th day of December, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1