IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JANET K. STEMSON, Individually, and as Personal Representative of the Estate of Robert S. Stemson, Deceased, and on behalf of the children and heirs of Robert S. Stemson, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>RYDER TRUCK RENTAL and JOHN DOES 1-10,<br><br>Defendants. | CV 22-159-M-KLD<br><br>ORDER |

The Court held oral argument in this matter on July 31, 2024, to address Plaintiffs' Motion requesting leave to file a Second Amended Complaint (Doc. 41). Accordingly,

IT IS ORDERED that Plaintiffs' Motion (Doc. 41) is GRANTED for the reasons stated in open court. Plaintiffs shall immediately file their Second Amended Complaint.

IT IS FURTHER ORDERED that Defendants may file a rebuttal to Plaintiffs' liability expert report on or before August 30, 2024.

IT IS FURTHER ORDERED that the scheduling order (Doc. 39) is amended as follows:

| | |
|---|---|
| Discovery Deadline: | August 30, 2024 |
| Motions Deadline (fully briefed): | October 24, 2024 |
| Motions in Limine Deadline: (fully briefed) | December 9, 2024 |
| Attorney Conference to Prepare Final Pretrial Order: | December 27, 2024 |
| E-file Final Pretrial Order, Proposed Jury Instructions, Proposed Voir Dire Questions, and Trial Briefs and email to kld_propord@mtd.uscourts.gov (Trial Briefs are optional): | January 6, 2025 |
| Notice to I.T. Supervisor of Intent to use CD-ROM or Videoconference: | January 6, 2025 |
| Final Pretrial Conference: | January 13, 2025 at 2:00 p.m. |
| Jury Trial (7-member jury): | January 21, 2025 at 9:00 a.m. |

All other provisions of the scheduling order entered on January 1, 2023 (Doc. 21) shall remain in place.

DATED this 31st day of July, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge