IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JANET K. STEMSON, Individually, and as Personal Representative of the Estate of Robert S. Stemson, Deceased, and on behalf of the children and heirs of Robert S. Stemson, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>RYDER TRUCK RENTAL, and JOHN DOES 1-10,<br><br>Defendants. | CV 22-159-M-KLD<br><br><br>ORDER |

The parties have filed a joint Stipulation for Dismissal with Prejudice. (Doc. 98). Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 10th day of January, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1